■ GLOBAL BUSINESS INSTITUTE, Appellant, v RIVKIN RADLER LLP, Respondent. [918 NYS2d 478]—

The motion court improvidently exercised its discretion in denying plaintiff's motion. Leave to amend the pleadings is freely granted, absent prejudice (*see Mandel, Resnik & Kaiser, P.C. v E.I. Elecs., Inc.*, 41 AD3d 386, 388 [2007]; *see also Loomis v Civetta Corinno Constr. Corp.*, 54 NY2d 18 [1981]), and plaintiff has stated, at this juncture, a cognizable claim against defendant law firm for failure to sufficiently advise it of the consequences of the tax escalation clause in the lease it eventu-

ally executed with its landlord several months after retaining defendant (*see Escape Airports [USA], Inc. v Kent, Beatty & Gordon, LLP,* 79 AD3d 437 [2010]). Furthermore, in view of the foregoing and the additional damages sought, the matter should be transferred to Supreme Court (*see Firequench, Inc. v Kaplan,* 256 AD2d 213 [1998]). Concur—Gonzalez, P.J., Tom, Acosta, Richter and Román, JJ.